# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1939

_____

| | | |
|---|---|---|
| Vellis Redden, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Springfield Engineering Company; | * | Eastern District of Arkansas. |
| Local 36 Sheet Metal Workers' | * | |
| International Association, | * | **[UNPUBLISHED]** |
| | * | |
| Appellees. | * | |

_____

Submitted: December 28, 1998
Filed: December 29, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Vellis Redden appeals the district court's[1] dismissal of his employment discrimination action as untimely filed. Redden asks this court to apply the doctrine of equitable tolling to excuse his late filing, because he was misled by the person he had hired to represent him in his discrimination case. We conclude that the circumstances presented do not warrant the application of equitable tolling. See Shempert v. Harwick

_____

[1]The HONORABLE ELSIJANE TRIMBLE ROY, United States District Judge for the Eastern District of Arkansas.

<u>Chem. Corp.</u>, 151 F.3d 793, 798 (8th Cir.) (where circumstances relating to filing were never beyond plaintiff's control, equitable tolling did not apply), <u>petition for cert. filed</u>, 67 U.S.L.W. 3323 (U.S. Oct. 29, 1998) (No. 98-709); <u>cf.</u> <u>James v. United States Postal Serv.</u>, 835 F.2d 1265, 1267 (8th Cir. 1988) (even though plaintiff was unassisted by counsel, unable to find lawyer, and unfamiliar with legal process, equitable tolling did not excuse untimely filing).  Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.